UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-61631-CIV-ZLOCH

DWIGHT FULTON,

    Plaintiff,

vs.                              **FINAL JUDGMENT CONFIRMING**
                                      **ARBITRATION AWARD**

THOMAS GLUNT and BEATRICE
GLUNT,

    Defendants/Counterclaim
    Plaintiff

vs.

DWIGHT FULTON and SALOMON
GREY FINANCIAL CORPORATION,

    Counterclaim Defendants.
_____/

    THIS MATTER is before the Court upon Defendants/Counterclaim Plaintiffs Thomas and Beatrice Glunt's Motion To Confirm Arbitration Award (DE 8), which the Court granted by separate Order. The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. This Court has personal jurisdiction over the parties hereto and the subject matter herein;

    2. The arbitration Award (DE 1, Ex. A) entered regarding the parties herein on August 21, 2006 be and the same is hereby **CONFIRMED** pursuant to 9 U.S.C. § 9;

3. Pursuant to Federal Rule of Civil Procedure 58, Final Judgment on said Award be and the same is hereby **ENTERED** in favor of Defendants/Counterclaim Plaintiffs Thomas Glunt and Beatrice Glunt and against Plaintiff/Counterclaim Defendant Dwight Fulton and Counterclaim Defendant Salomon Grey Financial Corporation;

4. Defendants/Counterclaim Plaintiffs Thomas Glunt and Beatrice Glunt do have and recover from Plaintiff/Counterclaim Defendant Dwight Fulton and Counterclaim Defendant Salomon Grey Financial Corporation, jointly and severally, damages in the amount of $258,186.66 and arbitration costs in the amount of $300.00, for a total of $258,486.66, together with interest thereon from the date of this Final Judgment at the rate of 4.91%, for all of which let execution issue; and

5. To the extent not otherwise disposed of herein, all pending Motions be and the same are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __6th__ day of August, 2007.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All counsel of record